# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of Z.W., a child.

Y.W.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2024-2168

_____

February 28, 2025

Appeal from the Circuit Court for Hillsborough County; Leslie K. Schultz-Kin, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Appellate Division, Statewide Guardian Ad Litem Office, Tallahassee; and Rosemarie Victoria Parasole, Defending Best Interests, Lakeland, for Appellee Guardian Ad Litem Office.

PER CURIAM.

We dismiss this appeal as untimely.  *See B.S. v. Dep't of Child. & Fams.*, 246 So. 3d 479, 482 (Fla. 1st DCA 2018) ("B.S.'s notice of appeal is untimely.  We, therefore, dismiss this appeal for lack of jurisdiction.").

Dismissed.

NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.